David V. Duperrault, Esq. (SB #99637)
Dawn C. Houston, Esq. (SB #238005)
SILICON VALLEY LAW GROUP
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone: 408/573-5700
Facsimile: 408/573-5701
dvd@svlg.com

Attorneys for Defendant COLOR TECH
CORPORATION, Successor-in-Interest
to VIP LITHO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS CHIN, | Case No. 08-1730 |
| Plaintiff, | **JOINDER IN NOTICE OF REMOVAL OF ACTION BY DEFENDANT COLOR TECH CORPORATION, SUCCESSOR-IN-INTEREST TO VIP LITHO** |
| vs. | |
| COLOR TECH CORPORATION (a California corporation), VIP LITHO (an unidentified business entity), ANDOVER PRINTING SERVICES LTD (an unidentified business entity), KINGSTON KU (an individual), and DOES I through X, | |
| Defendants. | |

Defendant COLOR TECH CORPORATION, successor-in-interest to VIP LITHO, hereby joins in Defendant ANDOVER PRINTING SERVICES LTD's Notice of Removal to this Court of the state court action described in the Notice of Removal.

Dated: March 31, 2008              SILICON VALLEY LAW GROUP

                                   By: /s/
                                   David V. Duperrault
                                   Attorneys for Defendant COLOR TECH
                                   CORPORATION, Successor-in-Interest to
                                   VIP LITHO

00063961.DOC

**Joinder In Notice Of Removal Of Action by Defendant Color Tech Corp.**                Case No. _____
-1-