Kingston Ku
161 Laurie Meadows Dr. #576, Bldg. R2
San Mateo, CA 94403
Telephone: 650/280-5800
Facsimile:
E-mail: kingstonku@comcast.net

E-filing

*In pro per*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS CHIN,<br><br>    Plaintiff,<br><br>vs.<br><br>COLOR TECH CORPORATION (a California corporation), VIP LITHO (an unidentified business entity), ANDOVER PRINTING SERVICES LTD. (an unidentified business entity), KINGSTON KU (an individual), and DOES I through X,<br><br>    Defendants. | Case No.<br><br>**JOINDER IN NOTICE OF REMOVAL OF ACTION BY DEFENDANT KINGSTON KU** |

Defendant KINGSTON KU hereby joins in Defendant ANDOVER PRINTING SERVICES LTD.'s Notice of Removal to this Court of the state court action described in the Notice of Removal.

Dated: March 30, 2008

By: /s/ _____
    Kingston Ku
    *In pro per*