Robert L. Zaletel, Esq. (SB# 096262)
Christopher B. Whitman, Esq. (SB# 223636)
**McQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile: 415/905-0202
*rzaletel@mbvz.com*
Attorneys for Defendant ANDOVER PRINTING SERVICES LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS CHIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COLOR TECH CORPORATION (a California corporation), VIP LITHO (an unidentified business entity), ANDOVER PRINTING SERVICES LTD. (an unidentified business entity), KINGSTON KU (an individual), and DOES I through X,<br><br>　　　　Defendants. | Case No. C 08-01730 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 7, 2008　　　　　　　　　　　McQUAID BEDFORD & VAN ZANDT LLP


　　　　　　　　　　　　　　　　　　　By: /s/ Robert L. Zaletel
　　　　　　　　　　　　　　　　　　　　　Robert L. Zaletel
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant ANDOVER
　　　　　　　　　　　　　　　　　　　　　PRINTING SERVICES LTD.