Robert L. Zaletel, Esq. (SB# 096262)
Christopher B. Whitman, Esq. (SB# 223636)
**McQUAID BEDFORD & VAN ZANDT** LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile: 415/905-0202
*rzaletel@mbvz.com*
Attorneys for Defendant ANDOVER PRINTING SERVICES LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS CHIN,<br><br>    Plaintiff,<br><br>vs.<br><br>COLOR TECH CORPORATION (a California corporation), VIP LITHO (an unidentified business entity), ANDOVER PRINTING SERVICES LTD. (an unidentified business entity), KINGSTON KU (an individual), and DOES I through X,<br><br>    Defendants. | Case No. C 08-01730JL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil L.R. 3-16] |

Pursuant to Civil Local Rule 3-16 of the above-referenced Court, Defendant ANDOVER PRINTING SERVICES LTD. ("Andover Printing") certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

1
2       Defendant Andover Printing Services, Ltd. is a wholly-owned subsidiary of Andover Capital
3  Group Limited.
4  Dated: April 7, 2008                    McQUAID BEDFORD & VAN ZANDT LLP
5
6
7                                   By:  /s/ Robert L. Zaletel
                                         Robert L. Zaletel
8                                        Attorneys for Defendant ANDOVER
                                         PRINTING SERVICES LTD.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Certification Of Interested Entities Or Persons**                    Case No. C 08-01730JL

-2-