Robert L. Zaletel, Esq. (SB# 096262)
Christopher B. Whitman, Esq. (SB# 223636)
**McQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile: 415/905-0202
*rzaletel@mbvz.com*
Attorneys for Defendant ANDOVER
PRINTING SERVICES LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS CHIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COLOR TECH CORPORATION (a California corporation), VIP LITHO (an unidentified business entity), ANDOVER PRINTING SERVICES LTD. (an unidentified business entity), KINGSTON KU (an individual), and DOES I through X,<br><br>　　　　Defendants. | Case No. C 08-01730 VRW<br><br>**STIPULATION FOR DISMISSAL OF ANDOVER PRINTING SERVICES LTD. AND [PROPOSED] ORDER THEREON** |

　　　Plaintiff DOUGLAS CHIN and Defendant ANDOVER PRINTING SERVICES LTD., through their respective counsel, hereby stipulate to the dismissal of Defendant ANDOVER PRINTING SERVICES LTD. with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a), with each side to bear its own costs and fees.

IT IS SO STIPULATED.

Dated: May 27, 2008　　　　　　　　　　　　　McQUAID BEDFORD & VAN ZANDT LLP

　　　　　　　　　　　　　　　　　　　　By: _____/s/ Robert L. Zaletel_____
　　　　　　　　　　　　　　　　　　　　　　Robert L. Zaletel
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant ANDOVER
　　　　　　　　　　　　　　　　　　　　　　PRINTING SERVICES LTD.

---

**Stipulation for Dismissal of Andover Printing**　　　　　　　　　　　　　　Case No. C-08-01730 VRW

IT IS SO STIPULATED.

Dated: May 16, 2008                    McCORMACK LAW FIRM

                                       By: _____
                                           Bryan J. McCormack
                                           Attorneys for Plaintiff DOUGLAS CHIN

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, Defendant Andover Printing Services Ltd. is hereby dismissed with prejudice.

Dated: _____

_____
Honorable Vaughn R. Walker
UNITED STATES DISTRICT COURT JUDGE

*Chin v. Color Tech Corporation, et al.*
USDC, N. Dist. of CA Case No. CV-08-1730 VRW

**PROOF OF SERVICE**

The undersigned hereby declares:

I am employed in the City and County of San Francisco, California, I am over the age of eighteen years and not a party to the within action; my business address is 221 Main Street, 16th Floor, San Francisco, California, 94105. On **May 27, 2008**, I served the copies of the documents listed below on the attached Service List on interested parties as follows:

- STIPULATION FOR DISMISSAL OF ANDOVER PRINTING SERVICES LTD. AND [PROPOSED] ORDER THEREON

A   By First Class Mail -- I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein following ordinary business practices.

B   <u>By Personal Service</u> -- I caused each such envelope to be personally delivered to the addressee by a member of the staff of this law firm on the date last written below.

C   <u>By Personal Service</u> - I caused each such envelope to be delivered to a courier who personally delivered each such envelope to the office of the addressee on the date last written below.

D   <u>By UPS</u> -- I caused each such envelope to be delivered to UPS at San Francisco, California, with whom we have a direct billing account to be delivered to the office of the addressee on the next business day.

E   <u>By Facsimile</u> -- I caused such document to be served *via facsimile* electronic equipment transmission (fax) on the parties in this action by transmitting a true copy to the fax numbers listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this **May 27, 2008**, in San Francisco, California.

_____
Ilze Palms

PROOF OF SERVICE                                              Case No.

**SERVICE LIST**

| TYPE OF SERVICE | ADDRESSEE | PARTY |
|---|---|---|
| [A] | Bryan J. McCormack, Esq.<br>McCormack Law Firm<br>120 Montgomery Street, Suite 1600<br>San Francisco, CA 94104<br>Tel: 415.440-6662<br>Fax: 415/776-5687 | Plaintiff |
| [A] | David V. Duperrault, Esq.<br>Dawn C. Houston, Esq.<br>SILICON VALLEY LAW GROUP<br>25 Metro Drive, Suite 600<br>San Jose, CA 95110<br>Telephone: 408/573-5700<br>Facsimile: 408/573-5701 | Defendants Color Tech Corp. |
| [A] | Kingston Ku<br>161 Laurie Meadows Dr., Apt. 576<br>Building R2<br>San Mateo, CA 94403<br>Tel: 650/280-5800<br>E-mail: kingstonku@comcast.net | In pro per |