Robert L. Zaletel, Esq. (SB# 096262)
Christopher B. Whitman, Esq. (SB# 223636)
**McQUAID BEDFORD & VAN ZANDT** LLP
221 Main Street, 16th Floor
San Francisco, CA  94105
Telephone: 415/905-0200
Facsimile:  415/905-0202
*rzaletel@mbvz.com*
Attorneys for Defendant ANDOVER
PRINTING SERVICES LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DOUGLAS CHIN,

       Plaintiff,

vs.

COLOR TECH CORPORATION (a
California corporation), VIP LITHO (an
unidentified business entity), ANDOVER
PRINTING SERVICES LTD. (an unidentified
business entity), KINGSTON  KU (an
individual), and DOES I through X,

       Defendants.

Case No.  C 08-01730 VRW

**STIPULATION FOR DISMISSAL OF
ANDOVER PRINTING SERVICES LTD.
AND [PROPOSED] ORDER THEREON**

    Plaintiff DOUGLAS CHIN and Defendant ANDOVER PRINTING SERVICES LTD., through

their respective counsel, hereby stipulate to the dismissal of Defendant ANDOVER PRINTING

SERVICES LTD. with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a), with each

side to bear its own costs and fees.

IT IS SO STIPULATED.

Dated: May 27, 2008

                           McQUAID BEDFORD & VAN ZANDT LLP

                           By: _____
                              Robert L. Zaletel
                              Attorneys for Defendant ANDOVER
                              PRINTING SERVICES LTD.

IT IS SO STIPULATED.

Dated: May 16, 2008                                    McCORMACK LAW FIRM

By: _____
Bryan J. McCormack
Attorneys for Plaintiff DOUGLAS CHIN

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, Defendant Andover Printing Services Ltd. is hereby

dismissed with prejudice.

Dated:    5/29/2008    _____

IT IS SO ORDERED

Judge Vaughn R Walker

_____ JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Chin v. Color Tech Corporation, et al.*
USDC, N. Dist. of CA Case No. CV-08-1730 VRW

### PROOF OF SERVICE

The undersigned hereby declares:

I am employed in the City and County of San Francisco, California, I am over the age of eighteen years and not a party to the within action; my business address is 221 Main Street, 16th Floor, San Francisco, California, 94105.  On **May 27, 2008**, I served the copies of the documents listed below on the attached Service List on interested parties as follows:

- STIPULATION FOR DISMISSAL OF ANDOVER PRINTING SERVICES LTD. AND [PROPOSED] ORDER THEREON

A   By First Class Mail -- I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein following ordinary business practices.

B   <u>By Personal Service</u> -- I caused each such envelope to be personally delivered to the addressee by a member of the staff of this law firm on the date last written below.

C   <u>By Personal Service</u> - I caused each such envelope to be delivered to a courier who personally delivered each such envelope to the office of the addressee on the date last written below.

D   <u>By UPS</u> -- I caused each such envelope to be delivered to UPS at San Francisco, California, with whom we have a direct billing account to be delivered to the office of the addressee on the next business day.

E   <u>By Facsimile</u> -- I caused such document to be served *via facsimile* electronic equipment transmission (fax) on the parties in this action by transmitting a true copy to the fax numbers listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this **May 27, 2008**, in San Francisco, California.

Ilze Palms

PROOF OF SERVICE                                                    Case No.

1

**SERVICE LIST**

2

TYPE OF
<u>SERVICE</u>                    <u>ADDRESSEE</u>                                      <u>PARTY</u>

3

4     [A]                    Bryan J. McCormack, Esq.                         Plaintiff
                             McCormack Law Firm
5                            120 Montgomery Street, Suite 1600
                             San Francisco, CA 94104
                             Tel: 415.440-6662
6                            Fax: 415/776-5687

7     [A]                    David V. Duperrault, Esq.                       Defendants Color
                             Dawn C. Houston, Esq.                           Tech Corp.
8                            SILICON VALLEY LAW GROUP
                             25 Metro Drive, Suite 600
9                            San Jose, CA 95110
                             Telephone:  408/573-5700
10                           Facsimile:  408/573-5701

11    [A]                    Kingston Ku                                     In pro per
                             161 Laurie Meadows Dr., Apt. 576
12                           Building R2
                             San Mateo, CA 94403
13                           Tel: 650/280-5800
                             E-mail: kingstonku@comcast.net
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28