# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Chin,<br><br>                 Plaintiff(s),<br><br>   v.<br><br>Color Tech Corporation,<br><br>                 Defendant(s). | 08-01730 VRW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: June 25, 2008

    RICHARD W. WIEKING
    Clerk
    by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-01730 VRW                                    -2-

PROOF OF SERVICE

Case Name:      Chin v. Color Tech Corporation

Case Number:    08-01730 VRW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>    ADR Program
>    United States District Court
>    Norther District of California
>    450 Golden Gate Avenue Floor 16
>    San Francisco, CA 94102

On June 25, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>    Bryan J. McCormack
>    Law Office of Bryan J. McCormack
>    120 Montgomery Street
>    Suite 1600
>    San Francisco, CA 94104
>    bryanjmccormack@yahoo.com
>
>    David Duperrault
>    Silicon Valley Law Group
>    25 Metro Drive
>    Suite 600
>    San Jose, CA 95110
>    dvd@svlg.com
>
>    Dawn Cherie Houston
>    Silicon Valley Law Group
>    25 Metro Drive
>    Suite 600
>    San Jose, CA 95110
>
>    Christopher B. Whitman

McQuaid, Bedford & Van Zandt
221 Main Street
16th Floor
San Francisco, CA 94105
cwhitman@mbvz.com

Robert Louis Zaletel
Cook, Roos, Wilbur, &Thompson LLP
221 Main Street
Suite1600
San Francisco, CA 94105
rzaletel@cookroos.com

Kingston Ku
161 Laurie Meadows Drive #576 , Bldg. R2
San Mateo, CA 94403


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 25, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov