BRYAN J. McCORMACK, SBN 192418
MCCORMACK LAW FIRM
120 Montgomery Street, Suite #1600
San Francisco, CA 94104
Telephone:   (415) 440-6662
Facsimile:   (415) 776-5687

Attorneys for Plaintiff DOUGLAS CHIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHIN<br><br>Plaintiff,<br><br>vs.<br><br>COLOR TECH CORPORATION, et al,<br><br>Defendants. | CASE NO.: C 08-01730 JL<br><br>**CASE MANAGEMENT STATEMENT** |

This Case Management Statement is submitted by plaintiff DOUGLAS CHIN. Plaintiff was unable to prepare a Joint Case Management Statement due to the lack of response from defendants. Plaintiff's attorney attempted to contact defendant Kingston Ku by telephone, e-mail and letter, but received no response. Attached as Exhibit A is the latest letter sent to Mr. Ku. The other defendants did not file an Answer to the complaint. Plaintiff has been advised that these entities are no longer in business.

**JURISDICTION AND SERVICE**

Plaintiff originally filed this case in San Mateo County Superior Court and defendant ANDOVER PRINTING SERVICES LTD removed the case to this Court based on plaintiff's second cause of action for violations of the Fair Labor Standards Act, 29 USC Section 201, et

-1-

CASE MANAGEMENT STATEMENT

seq.

Plaintiff settled with ANDOVER PRINTING SERICES LTD and they have been dismissed from this case. Defendant KINGSTON KU was served and filed an answer In Pro Per. Defendants COLOR TECH CORPORATION and VIP LITHO are apparently no longer in business and have not filed responsive pleadings.

## FACTS

Plaintiff is owed overtime compensation and penalties from defendants. His former employer, defendants COLOR TECH CORPORATION and VIP LITHO, are apparently out of business. Defendant KINGSTON KU was the owner of COLOR TECH CORPORATION. Defendants deny that plaintiff is owed overtime compensation.

## LEGAL ISSUES

Applicability of wage statutes, alter-ego liability.

## MOTIONS

Unknown at this time.

## AMENDMENT OF PLEADINGS

Not expected at this time.

## EVIDENCE PRESERVATION

Not applicable.

## DISCLOSURES

Plaintiff has been unable to meet and confer with defendant KINGSTON KU, who is the only defendant to file an answer. No disclosures have been made by the parties.

## CLASS ACTIONS

Not applicable.

## RELATED CASES

None.

## RELIEF

1) Unpaid wages:     $41,671.16
2) Penalties:        $41,671.16

3) Attorney fees and costs: Unknown at this time.

## SETTLEMENT AND ADR

Plaintiff has been unable to meet and confer with defendant KINGSTON KU, who is the only defendant to file an answer. Plaintiff is willing to attend mediation.

## CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

Plaintiff has no objection to a magistrate judge for all purposes.

## OTHER REFERENCES

Plaintiff would prefer mediation to other forms of ADR.

## NARROWING OF ISSUES

Case may be appropriate for a stipulated judgment as to all or some of the defendants.

## EXPEDITED SCHEDULE

Not appropriate at this time.

## SCHEDULING

Due to the lack or response from defendants, scheduling is not appropriate at this time.

## TRIAL

Plaintiff requests a court trial. Expected length: approximately 1 to 2 days.

## DISCLOSURE OF NON-PARTY INTERESTED ENTITES OR PERSONS

Plaintiff and plaintiff's attorney are not aware of any persons, firms, partnerships, corporations or other entities know by the party to have either a financial interest in the subject matter in controversy or in a party to the proceeding or any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: July 3, 2008

By: _____
Bryan J. McCormack, Esq.
Attorney for Plaintiff DOUGLAS CHIN

## PROOF OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of the McCormack Law Firm and my business address is 120 Montgomery Street, Suite 1600, San Francisco, CA 94104. On the date stated below, I served the following documents: **CASE MANAGEMENT STATEMENT.**

☒ by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service at San Francisco, California, on the same day in the ordinary course of business. Said correspondence was addressed as set forth below.

☐ by personally delivering true copies thereof to the person and at the address set forth below.

☐ by causing personal delivery of a copy thereof to the person or the office of the person at the address listed below.

☐ by faxing a copy thereof on the interested parties at the facsimile numbers listed below. The transmission was reported as complete and without error.

Mr. Kingston Ku
161 Laurie Meadows Drive, Apt. 576
Building R2
San Mateo, CA 94403
In Pro Per

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 3, 2008 in San Francisco, California.

_____
Cynthia C. Chackerian