IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS CHIN,

    Plaintiff,

    v

COLOR TECH CORPORATION et al,

    Defendants.

    No   C 08-1730 VRW

    ORDER TO SHOW CAUSE

This case was removed to federal court on March 31, 2008. Doc #1 (notice of removal). Defendant Kingston Ku filed an answer to the complaint on April 22, 2008. Doc #11. The initial case management conference (CMC) was set for July 10, 2008 (Doc #10), but Ku failed to appear. Accordingly, Kingston Ku is ORDERED TO SHOW CAUSE in writing on or before August 14, 2008, why the court should not enter default against Ku. See FRCP 55(a). Failure to respond by that deadline will result in entry of default. Entry of Ku's default may result in a judgment against him. See FRCP 55(b).

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge