UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  July 10, 2008

**C 08-1730  VRW**         Douglas Chin  v  Color Tech Corporation, et al

Attorneys : For Plaintiff(s):   Bryan McCormack

　　　　　　For Defendant(s):   None


Deputy Clerk: Cora Klein                          Reporter: not reported

PROCEEDINGS:                                      RULING:
1. _____            _____
2. _____            _____
3. _____            _____

Case Management Conference - Held

Defendant Kingston Ku filed an answer to the complaint on 4/22/2008. Defendant Kingston Ku did not appear at the scheduled case management conference.
The court will issue an order to show cause why the court should not enter default against Mr Ku and a response in writing must be received no later than 8/14/2008.