UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS CHIN,

         Plaintiff,

  v.

COLOR TECH CORP. et al,

         Defendant.
                                  /

Case Number: C08-1730 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kingston Ku
161 Laurie Meadows Drive #576 , Bldg. R2
San Mateo, CA 94403

Dated: July 11, 2008

                                    Richard W. Wieking, Clerk
                                    By: Cora Klein, Deputy Clerk

*Cora Klein* (signature)