## McCormack Law Firm
120 Montgomery Street • Suite 1600 • San Francisco, CA 94104
Phone (415) 440-6662 • Fax (415) 776-5687

July 25, 2008

The Honorable Vaughn R. Walker, Chief Judge
Courtroom 6, 17th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  Douglas Chin v. ColorTech, et al.
     Case No. C 08-01730 VRW

Dear Honorable Vaughn R. Walker:

Please be advised that plaintiff DOUGLAS CHIN and defendant KINGSTON KU, the only defendant in this case to file an answer, have reached a settlement in this matter. As the settlement payments are due to be paid by November 15, 2008, the parties request 120 days to file the settlement documents with the Court. All other defendants have been dismissed or will be dismissed in the near future.

Please let me know if you require anything further.

Sincerely,

Bryan J. McCormack

cc:  Mr. Kingston Ku