IT IS SO STIPULATED.

Dated: May 16, 2008

McCORMACK LAW FIRM

By: _____/s/ Bryan McCormack_____
Bryan J. McCormack
Attorneys for Plaintiff DOUGLAS CHIN

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, Defendant Andover Printing Services Ltd. is hereby dismissed with prejudice.

Dated: _____

_____
Honorable Vaughn R. Walker
UNITED STATES DISTRICT COURT JUDGE