IT IS SO STIPULATED.

Dated: May 16, 2008                     McCORMACK LAW FIRM

                                        By: _____
                                            Bryan J. McCormack
                                            Attorneys for Plaintiff DOUGLAS CHIN

~~[PROPOSED]~~ ORDER

Pursuant to the stipulation of the parties, ~~Defendant Andover Printing Services Ltd. is~~ *Defendants Color Tech and VIP Litho are* hereby dismissed with prejudice.

Dated: 11/19/08

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Stipulation for Dismissal of Andover Printing**                     Case No. C-08-01730 VRW
-2-