1 BRYAN J. McCORMACK, SBN 192418
MCCORMACK LAW FIRM
2 120 Montgomery Street, Suite #1600
San Francisco, CA 94104
3 Telephone: (415) 440-6662
Facsimile: (415) 776-5687

4 Attorneys for Plaintiff DOUGLAS CHIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHIN ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COLOR TECH CORPORATION (a ) <br> California corporation), et al. ) <br> ) <br> Defendants. ) <br> ) | CASE NO.: C 08-01730 VRW <br><br> **STIPULATION FOR DISMISSAL OF DEFENDANT KINGSTON KU** |

Plaintiff DOUGLAS CHIN, through his counsel, and Defendant KINGSTON KU, in pro per, hereby stipulate to the dismissal of Defendant KINGSTON KU with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a), with each side to bear its own costs and fees.

IT IS SO STIPULATED.

Dated: November 6, 2008

By: \_\_\_\_\_/S/_____
Bryan J. McCormack, Esq.
Attorney for Plaintiff DOUGLAS CHIN

-1-

**STIPULATION FOR DISMISSAL**   Case No. C-08-01730 VRW

1  Dated:

3  By: _____/S/_____
4  Defendant KINGSTON KU
   In Pro Per

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature /S/ within this e-filed document.

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, Defendant KINGSTON KU is hereby dismissed with prejudice.

Date: 11/19/08

_____
Honorable Vaughn R. Walker
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

-2-

**STIPULATION FOR DISMISSAL**     Case No. C-08-01730 VRW